UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Byron Aberle,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Allied Collection Services, Inc.; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | No. 2:13-cv-01682-GEB-AC<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

　　　　Plaintiff filed a "Notice of Settlement" on September 27, 2013, in which he states: "the parties in the above-captioned case have reached a settlement[, and t]he Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days." (Notice of Settlement 2:2-6, ECF No. 7.)

　　　　Therefore, a dispositional document shall be filed no later than November 26, 2013. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

1

1       Further, the Status Conference scheduled for hearing on
2  December 9, 2013, will remain on calendar in the event no
3  dispositional document is filed, or if this action is not
4  otherwise dismissed.[1]
5       IT IS SO ORDERED.
6       Dated:  September 27, 2013

                                    _____
7                                   GARLAND E. BURRELL, JR.
                                    Senior United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).